IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUSBAND JONES and WIFE JONES, on behalf of themselves and as Parents and Natural Guardians, on behalf of DAUGHTER JONES, a Minor,<br>　　Plaintiffs,<br><br>　　v.<br><br>STEPHEN G. DIAMANTONI, M.D. & ASSOCIATES FAMILY PRACTICE, DR. JEFFREY T. TROST, and DR. WILLIAM R. VOLLMAR,<br>　　Defendants. | Civil Action<br><br>No. 2:14-cv-06796-GP<br><br>Magistrate Judge Timothy Rice |

~~PROPOSED~~ ORDER

AND NOW, this *14* day of *April*, 2015, it is hereby ORDERED and DECREED:

1. The Settlement Agreement dated April 10, 2015 and agreed to by the Plaintiffs and Defendant is hereby accepted and approved by the court in satisfaction of the requirement that such settlement properly take into account the interests of the minor Plaintiff, Daughter Jones, given the claims raised in the Complaint. The Court hereby finds that such settlement does as a matter of fact and law appropriately protect Daughter Jones' interests while at the same time being otherwise consistent with law;

2. Husband and Wife Jones are directed to deposit the distribution for minor Plaintiff Daughter Jones in a federally insured bank to be marked "[n]ot to be withdrawn until the minor reaches the age of eighteen (18) years or upon further order of the Court."

3. This action is dismissed with prejudice, and with each party to bear its own costs, expenses and fees, except as provided for in the parties' agreement. *

BY THE COURT:

*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. Magistrate Judge

\* This settlement is fair, reasonable and in the best interests of the minor child